LENNART HALLRUD, Appellant, v. SWEDISH AMERICAN LINE et al., Respondents.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

In the Matter of the Construction of the Will of MAYER S. AMES, Deceased. BLANCHE S. AMES et al., Respondents-Appellants; ALEXANDER I. RORKE, as Special Guardian of BLANCA S. AMES, an Infant, et al., Appellants-Respondents.

No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

JOSE FELICIANO, an Infant, by ARTURO FELICIANO, His Guardian ad Litem, et al., Appellants, v. LOUIS J. CHERICO, Respondent.—

No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

LEO T. KISSAM et al., Copartners Doing Business as Kissam & Halpin, Appellants, v. COHU & COMPANY, Respondent.—

No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

LEONARD CUTLER, Respondent, v. CECIL WOLK, Appellant.—

No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

MARGARET MALEKIAN, Respondent, v. McLEAN TRUCKING Co., Appellant, et al., Defendant. McLEAN TRUCKING COMPANY, INC., Appellant, v. MARGARET MALEKIAN, Respondent.—

No opinion. Concur — Peck, P. J., Breitel, Bastow and Bergan, JJ.

In the Matter of the Arbitration between MARLENE BLOUSE CORP., Appellant, and HAMILTON WEB COMPANY, Respondent.—

No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.